UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MELISSA VAN HOOK,<br><br>    Plaintiff,<br><br>    v.<br><br>CREETE CARRIER CORPORATION,<br><br>    Defendant. | Case No. 1:24-cv-000617-BLW-REP<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is a Report and Recommendation filed by the United States Magistrate Judge Raymond E. Patricco, Jr. (Dkt. 18). Pursuant to the statute, Judge Patricco gave the parties time to file written objections to the Report and Recommendation; however the time to submit objections was shortened pursuant to District of Idaho Local Civil Rule 72.1(b)(2). *See* 28 U.S.C. 636(b)(1). All objections were due no later than June 24, 2025. None were filed.

Plaintiff Melissa Van Hook filed suit against her former employer, Crete Carrier Corp., in December 2024. Crete Carrier moved to dismiss the case for lack of personal jurisdiction. At the time the case was filed, Van Hook was a resident of Idaho, though she has apparently now moved to Louisiana. Crete Carrier is incorporated in Nebraska and has its principle place of business there. During Van Hook's employment, her "home terminal" was in Wyoming, and she was supervised from terminals in Wyoming and Utah.

ORDER - 1

The Report & Recommendation concluded that Crete Carrier lacks the minimum contacts with Idaho necessary to establish personnel jurisdiction. But rather than dismissing the case, Judge Patricco recommended transferring it "to a United States District Court with the requisite jurisdiction." Dkt. 18 at 10. The Court has thoroughly reviewed the Report and Recommendation and now adopts it in its entirety.

The only question remaining is the appropriate transfer jurisdiction. It appears that jurisdiction would be proper in either Wyoming or Nebraska, and neither party responded to this portion of the Report and Recommendation. In the absence of any apparent preference, the Court will transfer jurisdiction to the United States District Court for the District of Nebraska

The Court therefore enters the following order consistent with the Report and Recommendation.

## ORDER

**IT IS HEREBY ORDERED:**

1. The Report and Recommendation entered on June 10, 2025 (Dkt. 18) is **INCORPORATED** and **ADOPTED** in its entirety.

2. Defendant's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 3) is **GRANTED**.

3. Pursuant to 28 U.S.C. § 1631, this action is **TRANSFERRED** to the United States District Court for District of Nebraska.

4. The clerk is directed to close this case and vacate all deadlines.

DATED: July 21, 2025

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER - 3**